IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALLISON ALFREY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:21-cv-00254 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the Parties' Joint Notice of Settlement indicating that all claims in this case have been compromised and settled (Doc. No. 17), this case is hereby **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE